# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALVIN YOUNG, ) <br> ) <br> Defendant. ) | Case No. 2:11-cr-00302-RCJ-PAL <br><br> **ORDER** <br><br> (Mot. WD Mot - Dkt. #27) |

Before the Court is Defendant's Motion to Withdraw Motion for Fourth Amendment Violation Without Prejudice (Dkt. #27). On May 31, 2012, a Motion to Suppress for Fourth Amendment Violation (Dkt. #18) was filed, and the court scheduled a hearing for August 7, 2012, at 1:30 p.m. Counsel fo Young indicates that the parties have negotiated the case which renders the motion to suppress unnecessary. As such,

**IT IS ORDERED** that:

    1    Defendant's Motion to Withdraw (Dkt. #27) is **GRANTED**, and

    2.    Defendant's Motion to Suppress for Fourth Amendment Violation (Dkt. #18) is **WITHDRAWN without prejudice.**

Dated this 1st day of August, 2012.

_____
Peggy A. Leen
United States Magistrate Judge