

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
    v.                           )    2:11-CR-302-RCJ-(PAL)
                                 )
ALVIN YOUNG,                     )
                                 )
        Defendant.               )

**FINAL ORDER OF FORFEITURE**

On August 9, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ALVIN YOUNG to the criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant ALVIN YOUNG pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 30; Preliminary Order of Forfeiture, ECF No. 31.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 16, 2012, through September 14, 2012, further notifying all known third parties by personal service, of their right to petition the Court. Notice of Filing Service of Process, ECF No. 35; Notice of Filing Proof of Publication, ECF No. 36.

On September 5, 2012, Nelson Sandoval was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 35.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    a Taurus, five shot, .38 caliber revolver, serial number AN22018; and

    b.    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __11th__ day of __January__, 2013.

_____
UNITED STATES DISTRICT JUDGE